IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CARLOS ANTONIO MORAN-ORELLANA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 25-3185-JWL |
| ) | |
| KRISTI NOEM, Secretary, ) | |
|    Department of Homeland Security; ) | |
| PETE R. FLORES, Commissioner, ) | |
|    U.S. Customs and Border Protection; ) | |
| RICARDO WONG, Field Office Director, ) | |
|    ICE ERO Chicago; and ) | |
| C. CARTER, Warden, FCI-Leavenworth, ) | |
| ) | |
| Respondents. ) | |
| ) | |
| _____) | |

## ORDER TO SHOW CAUSE

Petitioner, through counsel, has filed a petition for habeas corpus under 28 U.S.C. § 2241, in which he challenges his detention by immigration officials after he was granted withholding of removal. The Court finds that a responsive pleading is required.

IT IS THEREFORE ORDERED BY THE COURT THAT respondents are required to show cause on or before **October 6, 2025**, why the writ should not be granted; and that petitioner is granted until **November 5, 2025**, to file a traverse thereto, admitting or denying under oath all factual allegations contained in the response. Copies of this Order shall be transmitted to the parties and the United States Attorney for the District of Kansas.

2

IT IS SO ORDERED.

Dated this 5th day of September, 2025, in Kansas City, Kansas.

>/s/ John W. Lungstrum
> Hon. John W. Lungstrum
> United States District Judge