IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CARLOS ANTONIO MORAN-ORELLANA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 25-3185-JWL |
| ) | |
| KRISTI NOEM, Secretary, ) | |
|    Department of Homeland Security; ) | |
| PETE R. FLORES, Commissioner, ) | |
|    U.S. Customs and Border Protection; ) | |
| RICARDO WONG, Field Office Director, ) | |
|    ICE ERO Chicago; and ) | |
| C. CARTER, Warden, FCI-Leavenworth, ) | |
| ) | |
| Respondents. ) | |
| ) | |
| _____) | |

## ORDER OF DISMISSAL

Petitioner filed a *pro se* petition for habeas corpus under 28 U.S.C. § 2241, in which he challenged his detention by immigration officials. Respondents have now provided notice that petitioner has been removed from the United States to Mexico. Accordingly, this case is hereby **dismissed as moot**.

IT IS SO ORDERED.

Dated this 2nd day of October, 2025, in Kansas City, Kansas.

/s/  John W. Lungstrum
Hon. John W. Lungstrum
United States District Judge