# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

**Carlos Antonio Moran-Orellana,**

        **Petitioner,**

v.                                    Case No. 25-3185-JWL

**Kristi Noem, Pete R. Flores, Ricardo Wong, C. Carter,**

        **Respondents.**

## JUDGMENT IN A CIVIL CASE

( )   **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(x)   **DECISION BY THE COURT.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this case is hereby **dismissed as moot**.

Entered on the docket 10/2/2025

Dated: October 2, 2025                 SKYLER B. O'HARA
                                                CLERK OF THE DISTRICT COURT


                                                          s/J. Lolley
                                                          **Deputy Clerk**